## MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

**RICARDO LONGORIA**  v.  **DORA B. SCHRIRO, et al.**

THE HONORABLE JOHN W. SEDWICK          CASE NO. 2:04-cv-00521-JWS

PROCEEDINGS:   **ORDER FROM CHAMBERS**          Date: December 8, 2006

    In a very thorough report at docket 18, the magistrate judge recommends that Mr. Longoria's habeas corpus petition be denied. Petitioner filed objections at docket 19. Respondents did not reply to the objections.

    In a case such as this, the district judge reviews those of the magistrate judge's findings of fact to which an objection has been made *de novo* and those to which no objection has been made for clear error. The district judge reviews all recommended conclusions of law *de novo*. Having applied those standards, this court holds that Magistrate Judge Estrada's recommendations are sound in all respects: His report carefully, thoroughly, and correctly sets out the law; his recommended findings of fact are correct; and his application of the law to the facts is correct. For these reasons, this court adopts the findings and conclusions in the report at docket 18. Based thereon, the petition for a writ of habeas corpus is **DENIED**.